AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>THOMAS, CLARENCE | 2. Court or Organization<br><br>UNITED STATES SUPREME COURT | 3. Date of Report<br><br>05/15/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ASSOCIATE JUSTICE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>U.S. SUPREME COURT<br>1 FIRST STREET, N.E.<br>WASHINGTON, D. C. 20543 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Directors | Horatio Alger Association |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2008 MAY 15 P 3:40
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2/5/07 | Creighton University School of Law | $ 15,000.00 |
| 2. 5/21/07 | HarperCollins - Book advance | $ 166,666.50 |
| 3. 8/2/07 | HarperCollins - Audio version of book | $ 5,000.00 |
| 4. 10/1/07 | HarperCollins - Book advance | $ 333,333.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Creighton University School of Law | 2/5/07-2/9/07 | Omaha, NE | Seminar | Transportation, meals and accommodations |
| 2. | Southern University Law Center | 2/24/07 | Baton Rouge, LA | Seminar | Transportation, meals and accommodations |
| 3. | University of Utah, S.J. Quinney College of Law | 4/3/07-4/5/07 | Salt Lake City, UT | Jurist-in-Residence | Transportation//meals and accommodations |
| 4. | Horatio Alger Florida State Scholarship Program | 5/15/07 | Ft. Lauderdale, FL | Scholarship awards | Transportation/meals and accommodations |
| 5. | Savannah Country Day School | 5/28/07 | Savannah, GA | Commencement speech | Transportation/meals and accommodations |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | THOMAS, CLARENCE | 05/15/2008 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Huntington Area Chapter of AARP | 9/10/07 | Huntington, WVA | Speech | Transportation/meals and accommodations |
| 7. | United States District Court, MD FLA | 9/21/07 | Orlando, FL | Dedication of U.S. Cthse. | Transportation, meals and accommodations |
| 8. | National Conference of Bankruptcy Judges | 10/13/07 | Orlando, FL | Speech | Transportation, meals and accommodations |
| 9. | Forum Club of the Palm Beaches, Inc. | 12/12/07 | W. Palm Beach, FL | Speech | Transportation, meals and accommodations |
| 10. | HarperCollins | 12/17/07 | Orange,CA | Speech & book signing | Transportion, meals and accommodations |
| 11. | BOOK TOUR LISTED BELOW: | | | | |
| 12. | HarperCollins | 10/16/07 | New York, NY | Book signing | Transportation, meals and accommodations |
| 13. | HarperCollins | 10/18/07 | Atlanta, GA | Book signing | Transportation, meals and accommodations |
| 14. | HarperCollins | 10/19/07 | Omaha, NE | Book signing | Transportation, meals and accommodations |
| 15. | HarperCollins | 10/21-10/22/07 | Chicago, IL | Book signing | Transportation, meals and accommodations |
| 16. | HarperCollins | 10/23/07 | Dallas,TX | Book signing | Transportation, meals and accommodations |
| 17. | HarperCollins | 10/24/07 | Houston, TX | Book signing | Transportation, meals and accommodations |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMAS, CLARENCE | 05/15/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MONY Annuity | | None | J | T | | | | | |
| 2. 1/3 int. in rental property at ## 1, 2, & 3, Sav., GA | A | Rent | J | W | | | | | |
| 3. First Trust Corporation - IRA Denver, Colorado | | None | J | T | | | | | |
| 4. AIG Sun America - Jersey City, NJ | | None | J | T | | | | | |
| 5. Ginger, LTD., Partnership | A | Rent | L | W | | | | | |
| 6. Fidelity 403(b) | | None | M | T | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMAS, CLARENCE | 05/15/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| THOMAS, CLARENCE | 05/15/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544